UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN M. GAMORAN, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,<br><br>      Plaintiff,<br><br> - against -<br><br>NEUBERGER BERMAN MANAGEMENT LLC, *et al.*,<br><br>      Defendants,<br><br> - and -<br><br>NEUBERGER BERMAN EQUITY FUNDS d/b/a NEUBERGER BERMAN INTERNATIONAL FUND,<br><br>      Nominal Defendant. | 11 Civ. 751 (GMS) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & McCloy LLP ("Milbank") hereby appears as counsel of record for Defendants Neuberger Berman Management LLC, Neuberger Berman, LLC, Benjamin Segal, Milu E. Komer, Peter E. Sundman, and Jack L. Rivkin, and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

> MILBANK, TWEED, HADLEY & McCLOY LLP
> 1 Chase Manhattan Plaza, 46th Floor
> New York, New York 10005
> Telephone: (212) 530-5285
> Facsimile: (212) 822-5285
> Attn: Alan J. Stone, Esq., astone@milbank.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives any defense or objection including, but not limited to, lack of jurisdiction and/or faulty pleading.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements,

in law. in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any entity either in this case or in any other action, are expressly reserved.

Dated: New York, New York
September 26, 2011

_____
MILBANK, TWEED, HADLEY & McCLOY LLP
Alan J. Stone (DE Id. No. 2677)
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5285
Facsimile: (212) 822-5285
Email: astone@milbank.com

*Attorney for Defendants Neuberger Berman Management LLC, Neuberger Berman, LLC, Benjamin Segal, Milu E. Komer, Peter E. Sundman, and Jack L. Rivkin.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN M. GAMORAN, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,<br><br>                      Plaintiff,<br><br>    - against -<br><br>NEUBERGER BERMAN MANAGEMENT LLC, *et al.*,<br><br>                      Defendants,<br><br>    - and -<br><br>NEUBERGER BERMAN EQUITY FUNDS d/b/a NEUBERGER BERMAN INTERNATIONAL FUND,<br><br>                      Nominal Defendant. | 11 Civ. 751 (GMS) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2011, I caused to be served by United States Postal Service First Class mail the foregoing document to the following:

Ian Connor Bifferato
David W. deBruin
Kevin Grant Collins
Bifferato LLC
880 N. King Street, Plaza Level
Wilmington, DE 19801

Thomas I. Sheridan III
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Ave.
New York, NY 10016-7416

John M. Seaman
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807

Nicholas G. Terris
Joanna A. Diakos
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022

/s/
MILBANK, TWEED, HADLEY & McCLOY LLP
Alan J. Stone (DE Id. No. 2677)
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5285
Facsimile: (212) 822-5285
Email: astone@milbank.com

*Attorney for Defendants Neuberger Berman Management LLC, Neuberger Berman, LLC, Benjamin Segal, Milu E. Komer, Peter E. Sundman, and Jack L. Rivkin.*