UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

BENJAMIN M. GAMORAN, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,

Plaintiff,

- against -

NEUBERGER BERMAN, LLC, NEUBERGER BERMAN MANAGEMENT LLC, BENJAMIN SEGAL, MILU E. KOMER, PETER E. SUNDMAN, JACK L. RIVKIN, JOHN CANNON, FAITH COLISH, C. ANNE HARVEY, ROBERT A. KAVESH, HOWARD A. MILEAF, EDWARD I. O'BRIEN, WILLIAM E. RULON, CORNELIUS T. RYAN, TOM D. SEIP, CANDACE L. STRAIGHT, AND PETER P. TRAPP,

Defendants,

- and -

NEUBERGER BERMAN EQUITY FUNDS d/b/a NEUBERGER BERMAN INTERNATIONAL FUND,

Nominal Defendant.

Civil Action No.:11-00751-GMS

---

## NOTICE OF VOLUNTARY DISMISSAL AS TO MILU E. KOMER

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice as to MILU E. KOMER only.

Dated: October 7, 2011

BIFFERATO LLC

_____
Ian Connor Bifferato (DE Id. No. 3273)
David W. deBruin (DE Id. No. 4846)
Kevin G. Collins (DE Id. No. 5149)
800 North King Street, Plaza Level
Wilmington, DE 19801
(302) 225-7600

-and-

Thomas I. Sheridan, III
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES, LLP
112 Madison Avenue
New York, NY 10016-7416
(212) 784-6400

- and -

SIMMONSCOOPER LLC
707 Berkshire Blvd.
East Alton, Illinois 62024
(618) 259-2222

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Kevin G. Collins, hereby certify that on the 7th day of October, 2011, a copy of the foregoing *Notice of Voluntary Dismissal as to Milu E. Komer* was served via CM/ECF upon all counsel of record.

                                                                            Kevin G. Collins (No. 5149)