**Transferred case has been opened**
**NYSD_ECF_Pool**  to: InterDistrictTransfer_DED          11/08/2011 12:46 PM

CASE: 1:11-cv-00751

DETAILS: Case transferred from Delaware has been opened in Southern District of New York as case 1:11-cv-07957, filed 11/07/2011.